UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CG SELMA I-10 320, LLC, etc., | |
| Plaintiff, | 2:10-cv-1124-PMP-RJJ |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, etc., *et al.*, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on April 22, 2011, and June 17, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this   14th   day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge