1

2

3

4                         UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                    * * *

7   CG SELMA I-10 320, LLC,          )
                                     )        2:10-CV-01124-PMP-RJJ
8               Plaintiff,           )
                                     )
9   vs.                              )        **ORDER**
                                     )
10  FEDERAL DEPOSIT INSURANCE        )
    CORPORATION, et al.,             )
11                                   )
                Defendants.          )
12  ─────────────────────────────── )

13

14          The Court having read and considered Federal Deposit Insurance

15  Corporation's Motion to Dismiss (Doc. #24) filed February 4, 2011, the Joinder

16  thereto (Doc.#28) filed March 3, 2011, on behalf of co-Defendants, Plaintiff's

17  Response in Opposition thereto (Doc. #29) filed March 7, 2011, and Defendant's

18  Reply Memorandum (Doc. #32) filed March 17, 2011, and good cause appearing,

19          **IT IS ORDERED that** Defendant Federal Deposit Insurance

20  Corporation's Motion to Dismiss (Doc. #24) is **DENIED**.

21

22  DATED: March 18, 2011.

23

24                                    ──────────────────────────────
                                      PHILIP M. PRO
25                                    United States District Judge

26