1  GORDON SILVER
   ERIC R. OLSEN
2  Nevada Bar No. 3127
   Email: eolsen@gordonsilver.com
3  3960 Howard Hughes Pkwy., 9th Floor
   Las Vegas, Nevada 89169
4  Tel: (702) 796-5555
   Fax: (702) 369-2666
5  Attorneys for Plaintiff

6

7                        UNITED STATES DISTRICT COURT

8                            DISTRICT OF NEVADA

9  CG SELMA I-10 320, LLC, a Nevada limited    CASE NO. 2:10-cv-01124-PMP-RJ
   liability company,

10                  Plaintiff,              **STIPULATION AND ORDER FOR
                                            DISMISSAL WITH PREJUDICE**
11 vs.

12 FEDERAL DEPOSIT INSURANCE
   CORPORATION as receiver of COMMUNITY
13 BANK OF NEVADA, formerly a Nevada
   banking company; 2010-1 CRE VENTURE,
14 LLC, a Delaware limited liability company;
   COLFIN AXLE FUNDING, LLC, a Delaware
15 limited liability company; and DOES 1 through
   50, inclusive,
16
                    Defendants.
17

18      The parties to the above-entitled action, CG Selma I-10 320, LLC, the Federal Deposit

19 Insurance Corporation ("FDIC") as receiver of Community Bank of Nevada, 2010-1 CRE

20 Venture, LLC ("CRE"), and Colfin Axle Funding, LLC ("CAF"), through their respective

21 counsel, hereby stipulate and agree as follows:

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101886-002/1402236                          1 of 2

1    The parties herein agree to dismiss the above-captioned matter, with prejudice, and with

2    each party to bear its own fees and costs.

3    Dated this ___ day of December, 2011.          Dated this ____ day of December, 2011.

4    GORDON SILVER                                   LIONEL SAWYER & COLLINS

5

6    _____                 _____
     Eric R. Olsen, Esq. (#3127)                     Robert W. Hernquist, Esq. (#10616)
7    3960 Howard Hughes Pkwy., 9th Floor             Todd E. Kennedy, Esq. (#6014)
     Las Vegas, Nevada 89169                         1700 Bank of America Plaza
8    Attorneys for Plaintiff                         300 S. Fourth Street
                                                     Las Vegas, NV 89101
9                                                    Attorney for Defendant
                                                     Federal Deposit Insurance Corporation
10                                                   as receiver of Community Bank of Nevada

11   Dated this _____ day of December, 2011.

12   SMITH LARSEN & WIXOM

13

14   _____
     Michael B. Wixom, Esq. (#2812)
15   Katie M. Weber, Esq. (#10062)
     Hills Center Business Park
16   1935 Village Center Circle
     Las Vegas, Nevada 89134
17   Attorneys for Defendants
     2010-1 CRE Venture, LLC; Colfin Axle
18   Funding, LLC and SitusServ LP

19        IT IS SO ORDERED:

20

21   _____
     UNITED STATES DISTRICT COURT JUDGE

22   Dated:

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101886-002/1402236

2 of 2

1          The parties herein agree to dismiss the above-captioned matter, with prejudice, and with

2 each party to bear its own fees and costs.

3 Dated this ____ day of December, 2011.      Dated this ____ day of December, 2011.

4 GORDON SILVER                  LIONEL SAWYER & COLLINS

5

6 _____      ____/s/ Robert W. Hernquist_____
Eric R. Olsen, Esq. (#3127)          Robert W. Hernquist, Esq. (#10616)

7 3960 Howard Hughes Pkwy., 9th Floor    Todd E. Kennedy, Esq. (#6014)
Las Vegas, Nevada 89169          1700 Bank of America Plaza

8 Attorneys for Plaintiff              300 S. Fourth Street
Las Vegas, NV 89101

9 Attorney for Defendant
Federal Deposit Insurance Corporation

10 as receiver of  Community Bank of Nevada

11 Dated this _____ day of December, 2011.

12 SMITH LARSEN & WIXOM

13 __/s/ Michael B. Wixom_____

14 Michael B. Wixom, Esq. (#2812)
Katie M. Weber, Esq. (#10062)

15 Hills Center Business Park
1935 Village Center Circle

16 Las Vegas, Nevada 89134
Attorneys for Defendants

17 2010-1 CRE Venture, LLC; Colfin Axle
Funding, LLC and SitusServ LP

18

19      IT IS SO ORDERED:

20

21 _____
UNITED STATES DISTRICT COURT JUDGE

22

     Dated:   January 3, 2012.

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101886-002/1402236