GORDON SILVER
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CG SELMA I-10 320, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION as receiver of COMMUNITY BANK OF NEVADA, formerly a Nevada banking company; 2010-1 CRE VENTURE, LLC, a Delaware limited liability company; COLFIN AXLE FUNDING, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:10-cv-01124-PMP-RJ <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to the above-entitled action, CG Selma I-10 320, LLC, the Federal Deposit Insurance Corporation ("FDIC") as receiver of Community Bank of Nevada, 2010-1 CRE Venture, LLC ("CRE"), and Colfin Axle Funding, LLC ("CAF"), through their respective counsel, hereby stipulate and agree as follows:

. . .
. . .
. . .
. . .
. . .
. . .
. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101886-002/1402236

1 of 2

| | |
|---|---|
| 1 | The parties herein agree to dismiss the above-captioned matter, with prejudice, and with each party to bear its own fees and costs. |

Dated this ___ day of December, 2011.                    Dated this ____ day of December, 2011.

GORDON SILVER                                             LIONEL SAWYER & COLLINS

_____                         _____
Eric R. Olsen, Esq. (#3127)                               Robert W. Hernquist, Esq. (#10616)
3960 Howard Hughes Pkwy., 9th Floor                       Todd E. Kennedy, Esq. (#6014)
Las Vegas, Nevada 89169                                   1700 Bank of America Plaza
Attorneys for Plaintiff                                   300 S. Fourth Street
                                                          Las Vegas, NV 89101
                                                          Attorney for Defendant
                                                          Federal Deposit Insurance Corporation
                                                          as receiver of Community Bank of Nevada

Dated this _____ day of December, 2011.

SMITH LARSEN & WIXOM

_____
Michael B. Wixom, Esq. (#2812)
Katie M. Weber, Esq. (#10062)
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
2010-1 CRE Venture, LLC; Colfin Axle
Funding, LLC and SitusServ LP

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101886-002/1402236

2 of 2

The parties herein agree to dismiss the above-captioned matter, with prejudice, and with each party to bear its own fees and costs.

Dated this _____ day of December, 2011.                    Dated this _____ day of December, 2011.

GORDON SILVER                                              LIONEL SAWYER & COLLINS


_____                        ___/s/ Robert W. Hernquist_____
Eric R. Olsen, Esq. (#3127)                                Robert W. Hernquist, Esq. (#10616)
3960 Howard Hughes Pkwy., 9th Floor                        Todd E. Kennedy, Esq. (#6014)
Las Vegas, Nevada 89169                                    1700 Bank of America Plaza
Attorneys for Plaintiff                                    300 S. Fourth Street
                                                           Las Vegas, NV 89101
                                                           Attorney for Defendant
                                                           Federal Deposit Insurance Corporation
                                                           as receiver of Community Bank of Nevada

Dated this _____ day of December, 2011.

SMITH LARSEN & WIXOM


__/s/ Michael B. Wixom_____
Michael B. Wixom, Esq. (#2812)
Katie M. Weber, Esq. (#10062)
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
2010-1 CRE Venture, LLC; Colfin Axle
Funding, LLC and SitusServ LP

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:   January 3, 2012.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101886-002/1402236